# United States District Court
## Violation Notice

CVB Location Code: **WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **LM029162** | **Grim** | **404** |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐CFR ☐USC ☒State Code |
|---|---|
| **7/14/2018 08:44** | **RCW 46.61.502** |

Place of Offense

41ST DIVISION DR and LIBERTY GATE

Offense Description: Factual Basis for Charge        HAZMAT ☐

**Driving Under the Influence-Alcohol/Drugs**

LM029162

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| **WILSON** | **SEAN** | **M** |

A ☒ **IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.** SEE INSTRUCTIONS (above).

B ☐ **IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.** SEE INSTRUCTIONS (above)

Forfeiture Amount

$30.00 Processing Fee

**PAY THIS AMOUNT -->**         **Total Collateral Due**

YOUR COURT DATE
(if no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X  Defendant Signature

(Rev. 01/2011)                    Return to CVB With Payment

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7/14/2018, while exercising my duties as a law enforcement officer in the Western District of Washington.

ON THE LISTED DATE AND TIME I WAS DISPATCHED TO THE LISTED LOCATION ON THE REPORT OF A SUSPECTED IMPAIRED DRIVER. I CONTACTED THE REPORTING PARTY WHO WAS IDENTIFIED AS ACCESS CONTROL GUARD SPC CALVIELLO. THE ABOVE LISTED DEFENDANT WAS ASKED TO PULL TO SIDE WHILE THE INFRACTION WAS INVESTIGATED FURTHER. THE ABOVE LISTED DEFENDANT WAS EXHIBITING SIGNS OF IMPAIRMENT AND WAS IDENTIFIED BY FLORIDA DL AS WILSON. UPON CONTACT BY JBLM POLICE AN ODOR OF AN ALCOHOLIC BEVERAGE WAS DETECTED EMITTING FROM HIS PERSON AND BREATH. WILSON ADMITTED TO CONSUMING ALCOHOLIC BEVERAGES WITH HIS WIFE AND FRIENDS. WILSON VOLUNTARILY SUBMITTED TO SFST'S WHICH SHOWED OBVIOUS SIGNS OF IMPAIRMENT. WILSON SUBMITTED TO A PRELIMINARY BREATH TEST (PBT) WITH THE RESULTS OF .098. WILSON WAS APPREHENDED, ADVISED OF HIS RIGHTS AND TRANSPORTED TO THE PMO. WHERE HE WAS READ HIS CONSTITUTIONAL RIGHTS FROM THE WA STATE DUI PACKET WHICH HE ACKNOWLEDGED UNDERSTANDING AND WAIVED. HE WAS READ THE IMPLIED CONSENT FOR BREATH WHICH HE ACKNOWLEDGED UNDERSTANDING AND WAIVED AND SUBMITTED TO A BAC TEST, WITH THE RESULTS OF THE FIRST BREATH TEST BEING (IR: .080 EC: .081) AND THE RESULTS OF THE SECOND BREATH TEST BEING (IR: .079 EC: .080). THE LISTED DRIVER WAS PROCESSED FURTHER, RECEIVING HIS COPY OF THE CITATIONS DURING THE PROCESSING. I HAD ANOTHER OFFICER STAY ON SCENE AND COMPLETE A WA STATE TOW/ IMPOUND FORM AND REQUESTED WESTERN TOWING. WESTERN TOWING ARRIVED, SIGNED FOR AND REMOVED THE LISTED VEHICLE FROM THE ROADWAY.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/14/2018                  _[signature]_
             Date(mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date(mm/dd/yyyy)    U.S. Magistrate Judge Signature

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;  **CMV** = Commmercial vehicle in incident.